UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

LEONARD WEIN,

     Plaintiff,                    CASE NO:  2:11-CV-14127

vs.

AMSU PETRO INC.,
WILLIAM D. MCKNGHT AND
KATHRYN A. MCKNIHT AS
CO-TRUSTEES OF THE WILLIAM
D.MCKNIGHT REVOCABLE
TRUST AGREEMENT OF
1997 UTD JUNE 24,1997, and
WILLIAM D. MCKNIGHT AND
KATHRYN A. MCKNIGHT AS
CO-TRUSTEES OF THE KATHRYN
A. MCKNIGHT REVOCABLE
TRUST AGREEMENT OF
1997 UTD JUNE 24, 1997,

     Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, LEONARD WEIN, and the Defendants, AMSU PETRO INC., WILLIAM D.

MCKNGHT AND KATHRYN A. MCKNIHT AS CO-TRUSTEES OF THE WILLIAM

D.MCKNIGHT REVOCABLE TRUST AGREEMENT OF 1997 UTD JUNE 24,1997, and

WILLIAM D. MCKNIGHT AND KATHRYN A. MCKNIGHT AS CO-TRUSTEES OF THE

KATHRYN A. MCKNIGHT REVOCABLE TRUST AGREEMENT OF 1997 UTD JUNE 24,

1997, by and through the undersigned counsel, hereby file with the Court this Stipulation of

Dismissal With Prejudice with each party to bear their own fees and costs except as otherwise agreed

to between the parties and requests that the Court retain jurisdiction for enforcement purposes only.

     WHEREFORE, the parties move this Court for the entry of the Final Order set forth below.

Dated this 14th day of December 2011.


Zweben Law Group                          J.O. HOPKINS & ASSOCIATES, PA
Attorneys for Plaintiffs                  Attorney for Defendant
532 Colorado Avenue                       1515 N. Federal Highway, Suite 107
Stuart, Florida 34994                     Boca Raton, Florida 33432
Telephone:      (772) 223-5454            Telephone:      (561) 392-7000
Facsimile:      (772) 463-0778


By:_____/s/ Gene R. Zweben_____        By:__/s/ John O. Hopkins
     Gene R. Zweben, Esq.                      John O. Hopkins, Esq.
     Florida Bar No. 0088919                   Florida Bar No: 752150
     gene@zwebenlawgroup.com              (Signed by plaintiff's counsel with permission)
                                               jhopkins_fwf@bellsouth.net